UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| WEYERHAEUSER COMPANY | CIVIL ACTION NO. 04-2177-A |
|---|---|
| -vs- | JUDGE DRELL |
| PETRO-HUNT, L.L.C. | MAGISTRATE JUDGE KIRK |

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record, and the written objections and counter-arguments filed herein, as late as December 5, 2006, and concurring with the magistrate judge's findings under the applicable law,

IT IS ORDERED that Defendant's Motion for Partial Summary Judgment (Doc. No. 31) as to plaintiff Weyerhaeuser's standing to enforce the explore and develop clause of the lease is DENIED, and GRANTED as to Weyerhaeuser's demand for burial of the existing pipelines. No determination is made, however, regarding Weyerhaeuser's right to have pipelines constructed after this date buried.

Likewise, no determination is made regarding Petro-Hunt's arguments on prematurity.

SIGNED on this 7th day of December, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge